# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D23-1192
LT Case Nos. 22-058CF
23-029-FO

————————————————

KIMBERLY MCCAFFREY-
NOEL,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

————————————————

Administrative Appeal from the Department of Children and
Families.

Kimberly McCaffrey-Noel, Deland, pro se.

Jennifer L. Ware, Assistant General Counsel, of Department
of Children and Families, for Appellee.

August 15, 2023

PER CURIAM.

    AFFIRMED. *See* § 435.07(4)(c)1.p., Fla. Stat. (2022).

EDWARDS, C.J., LAMBERT, AND PRATT, JJ., CONCUR.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____